IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR 189-TFM |
| | ) | (18 U.S.C. 13 and Code of |
| | ) | Alabama, Sec. 13A-9-13.1) |
| **ANTHONY B. MCCARTHY** | ) | |
| | ) | |
| | ) | **INFORMATION** |
| | ) | |

The United States Attorney charges:

### COUNT ONE

On or about the 20th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ANTHONY B. MCCARTHY negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1076, dated July 20, 2006, made payable to the Army and Air Force Exchange Services in the amount of $350.51, drawn on the account of ANTHONY B. MCCARTHY, at Guardian Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

### COUNT TWO

On or about the 20th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ANTHONY B. MCCARTHY negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1078, dated July 20, 2006, made payable to the Army and Air Force Exchange Services in the amount of $11.77, drawn on the account of ANTHONY B. MCCARTHY, at Guardian Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

### COUNT THREE

On or about the 21st day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ANTHONY B. MCCARTHY

negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1002, dated July 21, 2006, made payable to the Army and Air Force Exchange Services in the amount of $406.03, drawn on the account of ANTHONY B. MCCARTHY, at Guardian Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FOUR

On or about the 22nd day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ANTHONY B. MCCARTHY negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1011, dated July 22, 2006, made payable to the Army and Air Force Exchange Services in the amount of $384.58, drawn on the account of ANTHONY B. MCCARTHY, at Guardian Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FIVE

On or about the 23rd day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ANTHONY B. MCCARTHY negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1013, dated July 23, 2006, made payable to the Army and Air Force Exchange Services in the amount of $9.96, drawn on the account of ANTHONY B. MCCARTHY, at Guardian Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT SIX

On or about the 23rd day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ANTHONY B. MCCARTHY negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1014, dated July 23, 2006, made payable to the Army and Air Force Exchange Services in the amount of $354.90, drawn on the account of ANTHONY B. MCCARTHY, at Guardian Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT SEVEN

On or about the 23rd day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ANTHONY B. MCCARTHY negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1019, dated July 23, 2006, made payable to the Army and Air Force Exchange Services in the amount of $400.95, drawn on the account of ANTHONY B. MCCARTHY, at Guardian Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT EIGHT

On or about the 24th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ANTHONY B. MCCARTHY negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1027, dated July 24, 2006, made payable to the Army and Air Force Exchange Services in the amount of $658.00, drawn on the account of ANTHONY B. MCCARTHY, at Guardian Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT NINE

On or about the 24th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ANTHONY B. MCCARTHY negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1033, dated July 24, 2006, made payable to Charley's, an AAFES concession, in the amount of $15.93, drawn on the account of ANTHONY B. MCCARTHY, at Guardian Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT TEN

On or about the 25th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ANTHONY B. MCCARTHY negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 1036, dated July 25, 2006, made payable to the

Army and Air Force Exchange Services in the amount of $259.00, drawn on the account of ANTHONY B. MCCARTHY, at Guardian Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney
P. O Box 197
Montgomery, AL 36101-0197
Telephone: 334-223-7280
Fax: 334-223-7135

L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

**STATE OF ALABAMA**           )
                               )         **AFFIDAVIT**
**COUNTY OF MONTGOMERY**        )

The undersigned, being first duly sworn, deposes and says:

    I, EDWARD McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On 7 September 2006, I notified the Air Force Office of Special Investigations that ANTHONY MCCARTHY had written ten insufficient funds checks at the AAFES Base Exchange located on Maxwell AFB, Alabama. The following checks were returned for insufficient funds:

    1. Check No. 1076, made payable to the Army Air Force Exchange Services, dated 20 July 2006, in the amount of $350.51, signed by ANTHONY MCCARTHY.

    2. Check No. 1078, made payable to the Army Air Force Exchange Services, dated 20 July 2006, in the amount of $11.77, signed by ANTHONY MCCARTHY.

    3. Check No. 1002, made payable to the Army Air Force Exchange Services, dated 21 July 2006, in the amount of $406.03, signed by ANTHONY MCCARTHY.

    4. Check No. 1011, made payable to the Army Air Force Exchange Services, dated 22 July 2006, in the amount of $384.58, signed by ANTHONY MCCARTHY.

    5. Check No. 1013, made payable to the Army Air Force Exchange Services, dated 23 July 2006, in the amount of $9.96, signed by ANTHONY MCCARTHY.

    6. Check No. 1014, made payable to the Army Air Force Exchange Services, dated 23 July 2006, in the amount of $354.90, signed by ANTHONY MCCARTHY.

    7. Check No. 1019, made payable to the Army Air Force Exchange Services, dated 23 July 2006, in the amount of $400.95, signed by ANTHONY MCCARTHY.

    8. Check No. 1027, made payable to the Army Air Force Exchange Services, dated 24 July 2006, in the amount of $658.00, signed by ANTHONY MCCARTHY.

9. Check No. 1033, made payable to the Army Air Force Exchange Services, dated 24 July 2006, in the amount of $15.93, signed by ANTHONY MCCARTHY.

10. Check No. 1036, made payable to the Army Air Force Exchange Services, dated 25 July 2006, in the amount of $259.00, signed by ANTHONY MCCARTHY.

The total amount of the checks, including the insufficient funds check fees, written by ANTHONY MCCARTHY from 20 July 2006 through 25 July 2006 was $3101.63.

_____
EDWARD McINTYRE

Subscribed and sworn to before me this 28th day of August, 2007.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS