| COURTROOM DEPUTY'S MINUTES | DATE: March 11, 2008 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:02 - 10:04 |

❏ **ARRAIGNMENT**　　❏ **CHANGE OF PLEA**　　❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**　　❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker　　**DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:07cr189-TFM　　**DEFENDANT NAME:** Anthony B. McCarthy
**AUSA:** Reese Hays　　**DEFENDANT ATTORNEY:**
　　　　Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
　　　　( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
**Interpreter present?** ( )NO; ( )YES　　Name:

---

❏ This is defendant's **FIRST APPEARANCE**.　　GOVERNMENT'S ORAL MOTION TO CONTINUE

❏ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

❏ **ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.**

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**　　√ **Not Guilty**
　　　❏ **Guilty as to:**
　　　　　❏ **Count(s):**
　　　　　❏ **Count(s):**　　　　　❏ dismissed on oral motion of USA
　　　　　　　　　　　　　　　　　❏ to be dismissed at sentencing

❏ Written plea agreement filed　❏ **ORDERED SEALED**

❏ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**

❏ CRIMINAL TERM:
　　DISCOVERY DISCLOSURE DATE:

❏ **ORAL ORDER that defendant be released and continued under the same conditions previously imposed by the U. S. Magistrate Judge.**

❏ **ORAL ORDER remanding** Defendant to the custody of U. S. Marshal.

❏ Rule 44 Hearing:　❏ Waiver of Conflict of Interest Form executed
　　　　　　　　　　❏ Defendant requests time to secure new counsel